In the Matter of the Claim of Josephine Khvedchinia, Appellant, against The Greenwood Cemetery, Respondent. State Industrial Board, Respondent.— Motion for leave to prosecute appeal on typewritten record granted, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of Ernest P. Lyons, an Attorney, Respondent.— Charges have been preferred against Ernest P. Lyons, an attorney, by Richard F. Russell, special guardian of Charles Francis Herbs, an incompetent person, from which it appears that the attorney has been guilty of converting to his own use a large sum of money. The attorney has filed an answer to the charges. The matter has been referred to Hon. Aaron V. S. Cochrane, official referee, and Hon. James Gibson, Jr., district attorney of Washington county, designated the officer to prosecute. The attorney, Ernest P. Lyons, on November 3, 1937, addressed to the court the following: " I hereby resign my admission to the bar and my office as an attorney and counsellor at law." Ordered, that the name of Ernest P. Lyons be stricken from the roll of attorneys and counselors at law, and that his admission as such attorney and counselor at law be revoked in accordance with section 88 of the Judiciary Law of the State of New York; and he is hereby removed as an attorney and counselor at law. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Teresa Ott, Respondent, against Guarantee Title & Mortgage Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of Mario T. Riccardi, Appellant, for a Peremptory Order of Mandamus against Hon. Joseph H. Wilson, Warden, the Prison Board of Great Meadow Prison, and the Parole Board of the State of New York, Respondents.— Application for leave to appeal as a poor person granted. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent.

In the Matter of the Claim of George Schaefer, Appellant, against S. B. Thomas, Inc., and Another, Respondents. State Industrial Board, Respondent.— Motion for leave to prosecute appeal on typewritten record denied. The papers now before us indicate that only a question of fact is involved, which we may not review. This denial is without prejudice to a renewal upon additional papers, including the typewritten record. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Catherine E. Tanner, Respondent, against Tobacco Trade Journal Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of James Hallums, Respondent, against Max Gavrin, Respondent; Bankers Indemnity Insurance Company, Appellant. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.